W. H. COOPER AND WIFE, LENA COOPER; VANNIE WARREN AND HUS-
BAND, BOB WARREN; AND HATTIE JENKINS AND HUSBAND, J. R.
JENKINS, v. L. B. COOPER AND WIFE, ETHEL COOPER.

(Filed 19 September, 1934.)

APPEAL by plaintiffs from *Hill, Special Judge,* at January Term,
1934, of SWAIN. No error.

This is an action brought by plaintiffs against defendants to set aside
a deed made by Laura Cooper to her son, L. B. Cooper, on 26 January,
1926 (1) on the ground of mental incapacity; (2) undue influence.

The issues submitted to the jury and their answers thereto are as
follows: "(1) Did the said Laura Cooper have sufficient mental capacity
to execute the deed referred to in the pleadings and recorded in Book 54,
page 229? A. 'Yes.' (2) Was the execution of said deed procured and
brought about by the undue influence of the grantee therein named,
L. B. Cooper, as alleged in the complaint? A. 'No.'"

The court below rendered judgment in accordance with the verdict.
The plaintiffs made numerous exceptions and assignments of error, and
appealed to the Supreme Court.

*A. Hall Johnston and R. L. Phillips for plaintiffs.*
*Edwards & Leatherwood for defendants.*

PER CURIAM. We have read the record and briefs of the litigants
with care and see no new or novel proposition of law presented on this
appeal. We see no error as to the exceptions and assignments of error
made by plaintiffs on the trial in the court below. The controversy
hinged mainly on the facts to be determined by the jury. On the trial
of the action in the court below, we see no prejudicial or reversible error.

No error.